**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| DANIEL MCNAMARA, on behalf of and all others similarly situated, | : | |
| | : | Case No.:  4:12-cv-00256 |
| Plaintiff, | | |
| | : | |
| v. | | |
| | : | **NOTICE OF REMOVAL** |
| BRAVO BRIO RESTAURANT GROUP, INC., | : | |
| | : | |
| Defendant. | : | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA:**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Bravo Brio Restaurant Group, Inc. hereby removes this action from the Iowa District Court for Polk County to the United States District Court for Sothern District of Iowa, Des Moines Division.  Removal is proper on the following grounds:

**INTRODUCTION**

1.      On May 24, 2012, a lawsuit titled *DANIEL McNAMARA, on behalf of [himself] and all others similarly situated v. BRAVO BRIO RESTAURANT GROUP, INC.*, Case No. CL125280, was commenced in the Iowa District Court for Polk County.  Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings and orders served upon Defendant in that action to date are attached to this Notice of Removal as Exhibit A.

## THE REMOVAL IS TIMELY

2.     This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), because it is filed within thirty days from May 24, 2012, the date upon which Bravo Brio Restaurant Group, Inc. (hereafter "BBRG") received service of Plaintiff's Petition at Law. *See* Exhibit A.

## THIS COURT HAS FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

3.     In the Petition at Law, Plaintiff brings minimum wage claims pursuant to the Fair Labor Standards Act (hereafter "FLSA"), 29 U.S.C. § *201, et seq.* (a)(1). *See* Exhibit A, Petition at Law at ¶¶ 16, 37-40. Plaintiff also seeks to bring a collective action on behalf of himself and all others similarly situated pursuant to 29 U.S.C. §216(b). *Id.* at ¶¶ 1, 4, 16, and 23. Therefore, this case arises under federal law and federal question jurisdiction is established under 28 U.S.C. § 1331.

4.     This Court has original jurisdiction over the Plaintiff's FLSA claims pursuant to 28 U.S.C. § 1331. Further, pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state-law claims because they are so inextricably intertwined with the federal claims "that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Therefore, removal of the entire action to this Court is proper pursuant to 28 U.S.C. §§ 1331 and 1441.

## VENUE IS PROPER IN THIS DISTRICT

5.     Plaintiff originally filed this action in the Iowa District Court for Polk County. Venue is proper in this district, pursuant to 28 U.S.C. § 1441(a), because it encompasses the county in which this action has been pending, and pursuant to 28 U.S.C. §§ 1391(b), because it encompasses the county in which Plaintiff alleges the events forming the basis of his claims occurred. *See* Exhibit A, Petition at Law at ¶ 6.

## CONSENT TO REMOVAL

6.      Pursuant to 28 U.S.C. § 1446(b), BBRG consents to the removal of this action.

BBRG is the only defendant named in this action.

## NOTICE OF REMOVAL

7.      BBRG will promptly serve this Notice of Removal on all parties and will

promptly file a copy of this Notice of Removal with the clerk of the state court in which the

action is pending, pursuant to 28 U.S.C. § 1446(d).

## RESERVATION OF RIGHTS

8.      This Notice of Removal is filed subject to and with full reservation of rights,

including but not limited to defenses and objections to venue, improper or lack of service of

process, and personal jurisdiction.  No admissions are intended hereby, and all defenses, motions

and pleas are expressly reserved.

Respectfully submitted,

_/s/ J. Campbell Helton_
J. Campbell Helton
WHITFIELD & EDDY P.L.C.
317 Sixth Ave. Suite 1200
Des Moines, Iowa 50309-4195
Phone: (515) 288-6041
Fax: (515) 246-1474
Email: Helton@whitfieldlaw.com

_Counsel for Defendant Bravo Brio Restaurant Group, Inc._

3

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing Notice

of Removal was filed electronically and served on the 13th day of June, 2012 by first-class U.S.

mail, postage prepaid, upon the following:

Harley C. Erbe
ERBE LAW FIRM
2501 Grand Avenue
Des Moines, Iowa 50312

Steven P. Wandro
WANDRO & ASSOCIATES
2501 Grand Avenue
Des Moines, Iowa 50312

*Attorneys for Plaintiff*

_/s/ J. Campbell Helton_