IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DANIEL McNAMARA, on behalf of and all others similarly situated, | * * * * | |
| | * | NO. 4:12-cv-000256 |
| Plaintiff, | * * | |
| v. | * * | PLAINTIFF'S APPLICATION FOR |
| BRAVO BRIO RESTAURANT GROUP, INC., | * * * | ATTORNEY FEES AND PLAINTIFF'S INCENTIVE PAYMENT |
| Defendant. | * * | |

COMES NOW the Named Plaintiff, Daniel McNamara, and, for the reasons stated in the accompanying Memorandum Of Authorities, respectfully requests that the Court grant Class Counsel $33,000 in attorney fees and award Named Plaintiff an $1,100 incentive payment from the common fund established by this matter's settlement.

WHEREFORE, Named Plaintiff respectfully requests that the Court grant Named Plaintiff's Application For Attorney Fees And Plaintiff's Incentive Payment.

                                                     _/s/ Harley C. Erbe_____
                                                     Harley C. Erbe, AT002430
                                                     2501 Grand Avenue
                                                     Des Moines, Iowa 50312
                                                     Telephone: (515) 281-1460
                                                     Facsimile: (515) 281-1474

                                                     Steven P. Wandro, AT0008177
                                                     Michael R. Keller, AT0009506
                                                     2501 Grand Avenue
                                                     Des Moines, Iowa 50312
                                                     Telephone: (515) 281-1475
                                                     Facsimile: (515) 281-1474

                                                     ATTORNEYS FOR PLAINTIFF

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served via the Court's CM/ECF electronic filing system on the 9th day of December, 2013 to each of the counsel of record as set forth below.

J. Campbell Helton, Esq.
WHITFIELD & EDDY, P.L.C.
317 Sixth Ave., Ste. 1200
Des Moines, IA 50309

Daniel J. Clark, Esq.
Adam J. Rocco, Esq.
Andrew C. Smith, Esq.
VORYS, SATER, SEYMOUR & PEASE, L.L.P.
52 E. Gay St.
Columbus, OH 43215